No. 98–5850.  RAWLINS *v.* ARIZONA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 9th Cir.  Certiorari denied.  ▮

No. 98–5869.  KEE *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE CO. ET AL.  Sup. Ct. Fla.  Certiorari denied.  ▮

No. 98–5870.  JACKSON *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  ▮

No. 98–5880.  NIEVES *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.  ▮

No. 98–5882.  KURTZEMANN *v.* TEXAS.  Ct. App. Tex., 10th Dist.  Certiorari denied.

No. 98–5886.  FORSYTH *v.* BRIGNER ET AL.  C. A. 6th Cir.  Certiorari denied.  ▮

No. 98–5892.  HARBISON ET AL. *v.* CAMPBELL, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–5893.  HIBBARD *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 7th Cir.  Certiorari denied.  ▮

No. 98–5894.  DEJESUS *v.* EDGAR, GOVERNOR OF ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.  ▮

No. 98–5899.  NADDI *v.* HILL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.  ▮

No. 98–5902.  WILLIS *v.* SPRAGUE.  Ct. App. D. C.  Certiorari denied.

No. 98–5903.  WILLIS *v.* SOUTHERLAND.  Ct. App. D. C.  Certiorari denied.

No. 98–5904.  KEIFFER *v.* CITY OF SEATTLE CIVIL SERVICE COMMISSION ET AL.  Ct. App. Wash.  Certiorari denied.  ▮